UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

FILED RICHMOND DIVISION
JAN 10 2006
CLERK
U.S. BANKRUPTCY COURT

In re: )
)
ELLEN LUCILLE VERNON-WILLIAMS ) Case Nos.: 04-37223-DOT
& ALL CASES REFERENCED IN ) & Exhibit A
ATTACHED **EXHIBIT A** ) Chapter 13
)
Debtors )
_____)

<u>NOTICE OF OBJECTION TO APPLICATION FOR SUPPLEMENTAL ATTORNEY FEES
AND RIGHT TO REQUEST CONTINUED NOTICE</u>

The U.S. Trustee, a component of the U.S. Department of Justice, has filed an objection to a request for attorneys fees filed by your attorney, Boleman Law Firm, in your case. A copy of the objection is included for your reference. The court has set a hearing date of March 7, 2006 on some of the objections.

You have a right to participate in this matter, but are not required to do so. If you wish to receive any further legal papers with regard to this, you must file a written request with the Court at the address listed below. You may do that by signing and returning this letter as indicated below. If you do not ask to receive further pleadings in this dispute, they will not be sent to you, but you will continue to receive from your attorney other documents related to your case.

Whether or not the objection is granted or denied will not effect the outcome of your bankruptcy case. As long as you continue to make the payments required by your plan, once the payments are completed, you should receive your discharge. If you have further questions about whether this might affect your case, you should contact your attorney.

/s/ *John Robert Byrnes*
John Robert Byrnes
Assistant U.S. Trustee
210 First Street, Suite 505
Roanoke, Virginia 24011

I wish to continue to receive legal papers in this matter.
Sarah C Hill
Debtor signature
Sarah C. Hill
Print debtor name

Mail a copy of this to: Clerk, U.S. Bankruptcy Court
1100 E. Main Street, Suite 310
Richmond, VA 23219-3515