**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

_____
| | |
|---|---|
| In re: ) | |
| ) | |
| Ellen Lucille Vernon-Williams ) | |
| & Cases Referenced in ) | Case No. 04-37223-DOT |
| Attached **Exhibit A** ) | & Exhibit A |
| ) | |
| Ernest W. Brown, Jr., ) | Case No. 04-37664-DOT |
| Ida Mae Brown ) | & Exhibit 1 |
| & All Cases Referenced in ) | |
| Attached **Exhibit 1** ) | Chapter 13 |
| Debtor(s). ) | |
| _____) | |

**THE BOLEMAN LAW FIRM, P.C.
TRIAL EXHIBIT LIST**

Pursuant to this Court's Order Granting Motion To Rescind In Part and Pretrial Order Setting Hearings For All Cases Contained In The First And Second Omnibus Objection Of the United States Trustee To Supplemental Fee Applications Of The Boleman Law Firm And Notice Of Hearing, as amended by the Amended Scheduling Order ("Pretrial Order"), and *Federal Rule of Civil Procedure* 26(a)(3) and *Federal Rule of Bankruptcy Procedure* 7026(a)(3), the Boleman Law Firm, P.C. respectfully submits its Trial Exhibit List and identifies the following documents:

| **EXHIBIT** | **DESCRIPTION** | **IDENTIFIED** | **ADMITTED** |
|---|---|---|---|
| 1. | Statement of Costs – Vernon-Williams | | |

_____
C. Thomas Ebel, Esquire –VSB #18637
L. Lee Byrd, Esquire – VSB #28662
William A. Gray, Esquire – VSB #46911
Jeffrey H. Geiger, Esquire – VSB #40163
SANDS ANDERSON MARKS & MILLER, P.C.
801 East Main Street, Suite 1800
P.O. Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 (Telephone)
*Counsel for The Boleman Law Firm, P.C.*

| **EXHIBIT** | **DESCRIPTION** | **IDENTIFIED** | **ADMITTED** |
|---|---|---|---|
| 2. | Statement of Costs - Wood | | |
| 3. | Statement of Additional Supplemental Fees – Wood | | |
| 4. | Statement of Costs - Pyles | | |
| 5. | Statement of Additional Supplemental Fees – Pyles | | |
| 6. | Statement of Costs – Jarrell | | |
| 7. | Statement of Additional Supplemental Fees – Jarrell | | |
| 8. | Statement of Costs – Barakhyahu | | |
| 9. | Statement of Costs – Lipscomb | | |
| 10. | Statement Costs – Doelling | | |
| 11. | Statement of Additional Supplemental Fees - Doelling | | |
| 12. | Statement of Costs – Childrey | | |
| 13. | Statement of Additional Supplemental Fees – Childrey | | |
| 14. | Statement of Costs – Markins | | |
| 15. | Statement of Additional Supplemental Fees – Markins | | |
| 16. | Statement of Costs – Ranicki | | |
| 17. | Statement of Additional Supplemental Fees – Rancki | | |
| 18. | Statement of Costs – Berryman | | |
| 19. | Statement of Additional Supplemental Fees- Berryman | | |

**The Boleman Law Firm, P.C.**

By: _____/s/ William A. Gray_____
C. Thomas Ebel, Esquire –VSB #18637
L. Lee Byrd, Esquire – VSB #28662
William A. Gray, Esquire – VSB #46911
Jeffrey H. Geiger, Esquire – VSB #40163
SANDS ANDERSON MARKS &
MILLER, P.C.
801 East Main Street, Suite 1800
P.O. Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 (Telephone)
*Counsel for The Boleman Law Firm*

{W0230687.1  008901-063627 }

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April, 2007, a true and accurate copy of the foregoing The Boleman Law Firm P.C.'s Trial Exhibit List was mailed, postage prepaid:

>Robert Van Arsdale, Esquire
>Assistant United States Trustee
>Office of the United States Trustee
>Main Street Center Building
>600 East Main Street, Suite 301,
>Richmond, Virginia 23219 (with copies of exhibits)

and upon:

all Debtors requesting notice herein (without copies of exhibits)

_____/s/ William A. Gray_____